```
                                                          FILED
                                                    U.S. DISTRICT COURT

                                                    2015 DEC 15  ᗡ 3: 34
```

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION         BY:_____
                              DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

BETINA OMEROVIC  
ON BEHALF OF HUSBAND  
BENO OMEROVIC  
(DECEASED)  
        Plaintiffs,                   Case No. 2:15cv312 -DAK

v.  
HADCO CONSTRUCTION et. al.  
, and JOHN DOES 1-5,                District Judge Pead  
        Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW, Betina Omerovic on behalf of her husband Plaintiff Beno Omerovic, pursuant to U.S. Constitution, all laws arising under the jurisdiction of this Court in support of this notice and Rule 41 of the Federal Rules of Civil Procedure (a)(1)(i), and hereby submits this notice to the Court for the reasons stated herein.

Plaintiff respectful provides the Court with Notice of her Voluntary Dismissal of the above case. At this time, Plaintiff has been unable to obtain an attorney due to financial limitations.

Plaintiff understands that this notice can be received and granted without a Court order under subsection (A) (i), which provides: "a notice of dismissal before the opposing party serves either an answer". Id.

For the reason stated herein, Plaintiff voluntarily dismisses this action under the clear condition that the claim and issues stated in the complaint [but not limited to] are dismissed without prejudice, and therefore, Plaintiff reserves the right to bring a new complaint pertaining to the material facts issues presented in this action in any future complaint. Plaintiff understands that such an action is not barred as the Defendant parties have not filed an answer or a motion for summary judgement.

Dated December 4, 2015

/s/ Betina Omerovic and Edita Omerovic (derivative) on behalf of
Plaintiff Beno Omerovic (Deceased)

*Betina Omerovic*
*Edita Omerovic*